FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 17, 2015

John H. Lovell
Barbara  A. Bauernfeind
LOVELL, LOVELL, NEWSOM
 & ISERN, L.L.P.
112 West 8th Avenue, Suite 1000
Eagle Centre Building
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Stanley  R. Watson
STANLEY R. WATSON, P.C.
P. O. Box 506
Quanah, TX 79252
* DELIVERED VIA E-MAIL *

Cornell D. Curtis
THE LAW OFFICE OF
 CORNELL D. CURTIS, P.C.
1716 Main Street
Vernon, TX 76384
* DELIVERED VIA E-MAIL *

Chris Lehman
MALONE LAW FIRM
P. O. Box 953
Vernon, TX 76385
* DELIVERED VIA E-MAIL *

Jerry L. Ewing Jr.
Nathan Cash
WALTERS, BALIDO & CRAIN, L.L.P.
10440 North Central Expressway
Dallas, TX 75231
* DELIVERED VIA E-MAIL *

**RE:** Case Number:  07-15-00297-CV, Trial Court Case Number: 11,098
**Style:** Dimock Operating Company, and Joe W. Dimock, d/b/a Dimock Petroleum v. Sutherland Energy Co., LLC

Dear Counsel:

The following was filed Thursday, September 17, 2015, in the captioned appeal:

Corrected Reporter's Record (6 volumes)

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:     Honorable Dan Mike Bird (DELIVERED VIA E-MAIL)
        Gloria Judd Bourland (DELIVERED VIA E-MAIL)
        Adam Bitter (DELIVERED VIA E-MAIL)
        Shelley Eiserloh (DELIVERED VIA E-MAIL)
        Ryan Mindell (DELIVERED VIA E-MAIL)